FILED
8/17/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHANIEL SIMS | Case No. 1:26-cr-00450<br>Judge John F. Kness<br>Magistrate Judge Maria Valdez<br>RANDOM / Cat. 4<br><br>Violation: Title 18, United States Code, Sections 922(g)(1) and 924(e) |

The SPECIAL APRIL 2025 GRAND JURY charges:

1. On or about May 23, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

NATHANIEL SIMS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock Model 23, Gen 4 pistol, bearing serial number RFK570, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

2. Before NATHANIEL SIMS committed the offense charged in this Indictment, he had final convictions for three violent felonies committed on occasions different from one another, namely, a conviction in Case No. 87 CR 0287502 (Circuit Court of Cook County, Illinois) for burglary, in violation of 720 ILCS 5/19-1(a); a conviction in Case No. 91 CR 2721201 (Circuit Court of Cook County, Illinois) for burglary, in violation of 720 ILCS 5/19-1(a); and a conviction in Case No. 18 CR

0517901 (Circuit Court of Cook County, Illinois) for burglary, in violation of 720 ILCS 5/19-1(a);

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) and 924(e), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes but is not limited to a Glock Model 23, Gen 4 pistol, bearing serial number RFK570, an attached device that enabled the pistol to automatically shoot more than one shot, without manual reloading, by a single function of the trigger, and associated ammunition.

A TRUE BILL:

__________________________________
FOREPERSON

__________________________________
Signed by Aaron R. Bond on behalf of the
UNITED STATES ATTORNEY